# Court of Appeals
# of the State of Georgia

ATLANTA,  April 13, 2017

*The Court of Appeals hereby passes the following order:*

**A17A0872. WRIGHT v. THE STATE.**

In 2014, a Cobb County jury found Delano Wright guilty beyond a reasonable doubt of two counts of child molestation, OCGA § 16-6-4; and cruelty to children in the first degree, OCGA § 16-5-70. Wright was represented by counsel at trial. In 2015, Wright filed a notice of appearance, declaring his intention to represent himself in connection with his motion for a new trial and any other proceedings. After a hearing on the matter, the trial court determined that Wright knowingly and intelligently waived the right to counsel and understood the disadvantages of self-representation, and the court entered a written order allowing Wright to represent himself. See *Faretta v. California*, 422 U. S. 806, 835 (V) (95 SCt 2525, 45 LEd2d 562) (1975); *Danenberg v. State*, 291 Ga. 439, 440 (2) (729 SE2d 315) (2012); *Thomas v. State*, 331 Ga. App. 641, 657-658 (7) (771 SE2d 255) (2015). On January 29, 2016, the trial court denied Wright's motion for a new trial, and Wright filed pro se a timely notice of appeal on February 23, 2016. His appeal was docketed in this Court on December 21, 2016.

This Court granted Wright's first motion for an extension of time to file his enumeration of errors and brief on January 11, 2017, allowing him until March 3, 2017. This Court granted his second motion for an extension of time on March 2, 2017, allowing him until April 3, 2017. Now before the Court is Wright's third motion for an extension of time, seeking an additional thirty days. As in his first and second requests, Wright contends that he is unable to obtain adequate access to the law library in his institution of confinement. Wright's pro se status does not relieve him of the obligation to comply with the substantive and procedural requirements of

the law and the rules of this Court. *Arrington v. State*, 332 Ga. App. 481, n. 1 (773 SE2d 430) 431 (2015); *Lewis v. State*, 330 Ga. App. 650, 652 (768 SE2d 821) (2015); *Riggs v. State*, 319 Ga. App. 189, n. 1 (733 SE2d 832) (2012). Wright has now had over fourteen months since the trial court denied his motion for a new trial to research the issues he wished to raise on appeal, and over three months since this case was docketed in this Court to file his enumeration of errors and brief. Wright's third request for an extension of time is hereby DENIED. Wright having failed to comply with this Court's rules regarding the filing of an enumeration of errors and brief, despite two generous extensions of time, this appeal is deemed abandoned and is hereby ORDERED dismissed. Court of Appeals Rules 7, 23 (a).



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,  04/13/2017*
     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*